**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01401-BNB

WILLIS LEE ROUSE,

    Applicant,

v.

DOUG DARR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's "Motion for Photo Copies [sic] Postage & Envelopes; Motion [to] Appoint Counsel" filed on June 1, 2011 (Doc. No. 4). Applicant's request for photocopies is DENIED. Applicant's motion for appointment of counsel is DENIED as premature.

Dated: June 9, 2011

---