**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01401-LTB

WILLIS ROUSE,

    Applicant,

v.

DOUG DARR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the Applicant's document titled "Writ of Error Coram Nobis" (ECF No. 29) filed on November 1, 2011.  The document will not be considered, and is DENIED.  The Court lacks jurisdiction to consider the document because Applicant has filed a notice of appeal.

Dated:  November 7, 2011