**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01401-LTB

WILLIS ROUSE,

    Applicant,

v.

DOUG DARR, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the Applicant's motion titled "Motion to Reconsider Writ of Error Coram Nobis and Rule on Its Merits" (ECF No. 32) filed on November 10, 2011.  The document will not be considered, and is DENIED.  As Applicant was informed in the minute order of November 7, 2011 (ECF No. 31), the Court lacks jurisdiction to consider the motion because Applicant has filed a notice of appeal.

Dated:  November 18, 2011